ORIGINAL

RECEIVED
JUL 23 2014
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_Linda Sanders- Peay_

_____

_____

NAME OF PLAINTIFF(S)

COMPLAINT

CV 14 4534

AMON, CH.J.

v.

_NYC Department of Education, Roslinda Warren_
_NYPD, Brooklyn District Attorney, Temco Janitoral Company_
_Leslie Frazier, Alexis, Sicard, Molita Mohammed_

NAME OF DEFENDANT(S)

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1.    Plaintiff resides at:

173 Chauncey ST
_____
Street Address

Kings , New York 11233 , 347.722.2132
County     State     Zip Code     Telephone Number

2.    Defendant(s) resides at, or its business is located at:



165 Court Street
_____
Street Address

Kings , Brooklyn , New York _____
County     City     State     Zip Code

3.    The address at which I sought employment or was employed by the defendant(s) is:

180 Chauncey Street
_____
Street Address

Kings , Brooklyn , New York , 11233
County     City     State     Zip Code

4.  The discriminatory conduct of which I complain in this action includes
    *(check only those that apply).*

    \_\_\_\_    Failure to hire.

    \_\_\_\_    Termination of my employment.

    \_\_\_\_    Failure to promote.

    \_\_\_\_    Failure to accommodate my disability.

    ✓    Unequal terms and conditions of my employment.

    ✓    Retaliation

    \_\_\_\_    Other acts *(specify):* Discrimination, Defamation of Character
    Wrongfully arrested

**NOTE:**    *Only those grounds raised in the charge filed with the Equal Employment
Opportunity Commission can be considered by the federal district court.*

5.  It is my best recollection that the alleged discriminatory acts occurred on:
    May 7, 2013, and March 25, 2014, March 27 – April 8th, 2014
    Date(s)

6.  I believe that the defendant(s) *(check one)*

    ✓    is still committing these acts against me.

    \_\_\_\_    is <u>not</u> still committing these acts against me.

7.  Defendant(s) discriminated against me based on my:
    *(check only those that apply and state the basis for discrimination, for example,
    what is your religion, if religious discrimination is alleged)*

    [✓]    race African American    [✓]    color Brown

    [✓]    gender/sex female    [ ]    religion _____

    [ ]    national origin _____

    [ ]    disability _____

    [✓]    age.  If age is checked, answer the following:

    I was born in 1968.  At the time(s) defendant(s) discriminated against me,
    Year
    I was [✓] <u>more</u>  [ ] <u>less</u> than 40 years old.  *(check one).*

-3-

**NOTE:**     *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8.     The facts of my case are as follows:

On April 20, 2012 I was falsely accused and framed for an assault that I had nothing to do with and I was not there at the time of Occurrence. Leslie Frazier the Assistant Principal at the time Called the police on me and had Ms. Alexis Sicard make false Claims against me. I was arrested and processed through the 81st precinct in Brooklyn. After 1 year of Courts and trial I was exonerated on the 16th of May and Notified NYC.D.OE. As Instructed, Leslie Frazier had the CFN 211 HR Director Shawn Thompson, Continue me on

*(Attach additional sheets as necessary)*

**NOTE:**     *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9.     It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: September 13th 2013

Date

10.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: September 2013

Date

**Only litigants alleging age discrimination must answer Question #11.**

11.    Since filing my charge of age discrimination with the Equal Employment Opportunity

Commission regarding defendant's alleged discriminatory conduct *(check one)*:

    ____✓____    60 days or more have elapsed.

    _____    less than 60 days have elapsed.

12.    The Equal Employment Opportunity Commission *(check one)*:

    _____    has <u>not</u> issued a Right to Sue letter.

    ____✓____    has issued a Right to Sue letter, which I
    received on May 1, 2014 .
                         Date

**NOTE:**    Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity
Commission to this complaint.

        WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
including injunctive orders, damages, pre-judgment interest, costs, and attorney's fees.

                        *Linda Sanders-Perry*
                        PLAINTIFF'S SIGNATURE

Dated: July 23, 2014

                        173 Chauncey St Apt 4R
                        Address
                        Brooklyn, NY 11233
                        347.722.2132, 347.405.5942
                        Phone Number

rev. 3/14/13

Con't 8.1.

On, a further Suspension without Pay and benefits pending the Outcome of the allegations Of misconduct.

Leslie Frazier called upon her brother whom I know as Derick and is a NYPD Officer who used his job position to have me arrested. Leslie frazier Called her brother on the phone and gave her the phone to the B. Female School Seargant at the time in the 81st precinct to have me arrested.

Leslie frazier (principal) Alexis Sicard, Molita Mohammed, Rosalinda Warren, Dietrich Tunney, Regina Buttord and Joe Souffrant all got together and assisnated my Character, Intergrity and loyality to my Community and parents

They all asked staff and parents to call 311 and the District Office against me and to make Complaints to have Me Removed /terminated.

I Saw parents in the Community in Shopping malls grocery stores or just in passing and they Informed me of what the above mention names were doing and leslie frazier (principal) Instructed them to do So.

I returned back to work after 23 months of no health benefits funds on tuesday March 25, 2014 and I have been retalliated against discriminated and harrass from the time I're returned.

Leslie frazier had her Custodial Staff (Joe Souffrant Dietrich Tunney inform Kenneth Marsh(Cleaner) that they were not Cleaning my office out and they will not be Cleaning my office. As a result of moving 2 Computers, 2 desk 2 file Cabinets and Crates of documents that was placed in my office while I was out on Suspension, I Injured my

Con't 8.2.

My Left shoulder and neck and I am Currently under the Doctors Care and is taking flexrall for pain. Leslie frazier was notified and as a result nothing happen. If Mr. Kenneth marsh is on vacation or out of the building I have to Clean my own office with my own Supplies.

I e-mailed Leslie frazier of All Incidents and she does not respond via e-mail or she may see me in the Main office and want to Verbally respond as if she has or had no Idea. My Injury report was not filed as protocol.

Leslie frazier and I had a meeting along with her CFN and my Union rep on the 25th day of march 2014 about my work assignment as well as my safty. Alexis Sicard Stills Come in and out of the building. She's made remarks about my safty when she walks pass my office or see's me in the hallway. I ask Leslie frazier to Submit a safety plan for my safety as well as the children and she told me that I should look for Some place else to go if I'm afraid for my life. She (Leslie frazier) promise she would give Alexis Sicard a limited access letter and upon her coming into the building Leslie frazier must be notified that never happen. My safety is at risk and she's doing this, deliberately trying to force me out of the building. I notified NYC D.O.E Jeffrey Hurne the head of Safety and he instructed Leslie that something has to be done when he realized that I was very familiar with the Chancellors regulations.

I notified Leslie frazier in writing of Joe Joufront and Dietrich Tunnof dead bolt locking the schools doors during school hours

Cont 8.3

When Children / staff is in the building,
It's illegal. Dietrich Tunney stated that
" So what mrs. frazier does not want her (Linda
Sanders-peay going out of that door. Ms. frazier wants
the door Locked once She gets in." Her exact
Words I heard her (Dietrich Tunney) telling Joe
Souffront. This all has occurred around 10 am.

In late May the school had some sort
of electrical construction going on. Everyone
was notified except Me. Upon my returning to
Work that tuesday (after Memorial day) I found
my office door unlocked and ajarred. Upon
my entry I quickly noticed my I pod missing
and my roll of Bounty. I Immediately notified
Leslie fraiier who notified Joe Souffront and
he notified the company who did the work. I spoke
With the Sight Supervisor who inform me that they
pay for permits and its the school responcibility
to notify Staff of their arrival and to removal
all your personal Items. I never was notified.
Leslie Frazier again had no positive outcome
for Me. Its been going on to long, and I am
not going to be treated unfairly because of Leslie
Fraziers personal vendetta against me.
I hope that we can resolve this matter legally
Once and for All.
In God I trust

Respectfully Submitted

Linda Sanders- Peay

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:   **Linda Sanders-Peay**<br>**173 Chauncey St Apt 4R**<br>**Brooklyn, NY 11233** | From:   **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |

| ☐ | *On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **16G-2014-00092** | **Holly M. Woodyard,**<br>**Investigator** | **(212) 336-3643** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*(signature)*

**Kevin J. Berry,**
**District Director**

April 24, 2014
*(Date Mailed)*

Enclosures(s)

cc:   **CITY OF NEW YORK, DEPARTMENT OF**
**EDUCATION**
**Attn: Courtenaye Jackson-Chase, Counsel**
**Legal Department**
**52 Chambers Street, Room 308**
**New York, NY 10007**