UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

LINDA SANDERS-PEAY,

                                ORDER

         Plaintiff,

                              CV 2014-04534 (CBA)(MDG)

    - against -

LESLIE FRAZIER and ALEXIS SICARD,

         Defendants.

- - - - - - - - - - - - - - - - - - - X

    By memorandum and orders dated November 18, 2014 (ct. doc. 5) and July 10, 2015 (ct. doc. 21), the Honorable Carol B. Amon dismissed plaintiff's claims brought against certain defendants. Accordingly, the caption is hereby amended to reflect those defendants against which claims remain in this case, as set forth above.

    **SO ORDERED.**

Dated:    Brooklyn, New York
           September 18, 2015

                                          /s/
                                    MARILYN D. GO
                                    UNITED STATES MAGISTRATE JUDGE